Form B6 A (12/07)    BlumbergExcelsior, Inc., Publisher, NYC 10013

In re: Reuven, Yaron                                          Debtor(s)   Case No. 15-12720-shl   (if known)

## SCHEDULE A - REAL PROPERTY

| DESCRIPTION AND LOCATION OF PROPERTY | NATURE OF DEBTOR'S INTEREST IN PROPERTY | H W J C | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION | AMOUNT OF SECURED CLAIM |
|---|---|---|---|---|
| Residental property - 243 Steinway Ave Staten Island, NY 10314 | Owner | | 416,963.00 | 416,963.00 |
| Condo- 15 Broad Street #3500 NYC, NY 10005 | Owner | | 3,000,000.00 | 3,000,000.00 |
| | | Total -> | $3,416,963.00 | (Report also on Summary of Schedules) |

Form B6 B (12/07)  Blumberg Excelsior, Inc., Publisher, NYC 10013

In re: Reuven, Yaron                                      Debtor(s)    Case No. 15-12720-shl    (if known)

## SCHEDULE B - PERSONAL PROPERTY

| TYPE OF PROPERTY | NONE | DESCRIPTION AND LOCATION OF PROPERTY | WHJC | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| 01 Cash on hand | | 15 Broad Street #3500 NYC, NY 10005 | | 100.00 |
| 02 Checking savings or other financial accounts certificates of deposit or shares in banks savings and loan thrift building and loan and homestead associations or credit unions brokerage houses or cooperatives. | x | | | |
| 03 Security Deposits with public utilities telephone companies landlords and others. | x | | | |
| 04 Household goods and furnishings including audio video and computer equipment. | | Furniture | | 2,000.00 |
| 05 Books; pictures and other art objects; antiques; stamp coin record tape compact disc and other collections or collectibles. | x | | | |
| 06 Wearing apparel. | | Miscellaneous clothing | | 1,000.00 |
| 07 Furs and jewelry. | | wedding ring | | 650.00 |
| (Include amounts from any continuation sheets attached. Report total also on Summary of Schedules) Total -> | | | | 3,750.00 |

_____ Continuation sheets attached

Form B6 B (12/07)  Blumberg Excelsior, Inc., Publisher, NYC 10013

In re: Reuven, Yaron  Debtor(s)  Case No. 15-12720-shl  (if known)

## SCHEDULE B - PERSONAL PROPERTY

| TYPE OF PROPERTY | N O N E | DESCRIPTION AND LOCATION OF PROPERTY | W H J C | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| 08 Firearms and sports photographic and other hobby equipment. | x | | | |
| 09 Interests in insurance policies. Name insurance company of each policy and itemize surrender or refund value of each. | x | | | |
| 10 Annuities. Itemize and name each issuer. | x | | | |
| 11 Interests in an education IRA as defined in 26 U.S.C. § 530(b)(1) or under a qualified State tuition plan as defined in 26 U.S.C. § 529(b)(1) Give particulars.(file separately the record(s) of any such interest(s). 11 U.S.C. § 521(c); Rule 1007(b)). | x | | | |
| 12 Interests in IRA ERISA Keogh or other pension or profit sharing plans. Give particulars. | x | | | |
| 13 Stock and interest in incorporated and unincorporated businesses. Itemize. | x | | | |

(Include amounts from any continuation sheets attached. Report total also on Summary of Schedules)  Total ->  3,750.00

_____ Continuation sheets attached

Form B6 B  (12/07)    Blumberg Excelsior, Inc., Publisher, NYC 10013

In re: Reuven, Yaron                                Debtor(s)    Case No. 15-12720-shl    (if known)

## SCHEDULE B - PERSONAL PROPERTY

| TYPE OF PROPERTY | NONE | DESCRIPTION AND LOCATION OF PROPERTY | WHJC | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| 14 Interest in partnerships or joint ventures. Itemize. | x | | | |
| 15 Government and corporate bonds and other negotiable and non-negotiable instruments. | x | | | |
| 16 Accounts receivable. | x | | | |
| 17 Alimony maintenance support and property settlements to which the debtor is or may be entitled. Give particulars. | x | | | |
| 18 Other liquidated debts owing debtor including tax refunds. Give particulars. | x | | | |
| 19 Equitable or future interests life estates and rights or powers exercisable for the benefit of the debtor other than those listed in Schedule A of Real Property. | x | | | |
| 20 Contingent and non-contingent interests in estate of a decedent death benefit plan life insurance policy or trust. | x | | | |

(Include amounts from any continuation sheets attached. Report total also on Summary of Schedules)    Total ->    3,750.00

_____ Continuation sheets attached

**Form B6 B (12/07)**     *Blumberg*Excelsior, Inc., Publisher, NYC 10013

In re: Reuven, Yaron     Debtor(s)     Case No. 15-12720-shl     (if known)

## SCHEDULE B - PERSONAL PROPERTY

| TYPE OF PROPERTY | N O N E | DESCRIPTION AND LOCATION OF PROPERTY | W H J C | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| 21 Other contingent and unliquidated claims of every nature including tax refunds counterclaims of the debtor and rights to setoff claims. Give estimated value of each. | x | | | |
| 22 Patents copyrights and other general intellectual property. Give particulars. | x | | | |
| 23 Licenses franchises and other general intangible. Give particulars. | x | | | |
| 24 Customer lists or compilations containing personally identifiable information (as defined in 11U.S.C. §101(41A)) provided by individuals connected with obtaining product or service from the debtor primarily for personal family or household purposes. | x | | | |
| 25 Automobiles trucks trailers and other vehicles and accessories. | | 2006 Jaguar | | 9,000.00 |
| | | (Include amounts from any continuation sheets attached. Report total also on Summary of Schedules) Total -> | | 12,750.00 |

_____ Continuation sheets attached

Form B6 B (12/07)   Blumberg Excelsior, Inc., Publisher, NYC 10013

In re: Reuven, Yaron                    Debtor(s)    Case No. 15-12720-shl    (if known)

## SCHEDULE B - PERSONAL PROPERTY

| TYPE OF PROPERTY | NONE | DESCRIPTION AND LOCATION OF PROPERTY | W H J C | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| 26 Boats motors and accessories. | x | | | |
| 27 Aircraft and accessories. | x | | | |
| 28 Office equipment furnishings and supplies. | x | | | |
| 29 Machinery fixtures equipment and supplies used in business. | x | | | |
| 30 Inventory. | x | | | |
| 31 Animals. | x | | | |
| 32 Crops-growing or harvested. Give particulars. | x | | | |
| 33 Farming equipment and implements. | x | | | |
| 34 Farm supplies chemicals and feed. | x | | | |
| 35 Other personal property of any kind not already listed. Itemize. | x | | | |

(Include amounts from any continuation sheets attached. Report total also on Summary of Schedules)    Total ->    12,750.00

_____ Continuation sheets attached

**Form B6 C (04/10)**

Blumberg Excelsior, Inc., Publisher, NYC 10013

In re: Reuven, Yaron                              Debtor(s)    Case No. 15-12720-shl    (if known)

# SCHEDULE C - PROPERTY CLAIMED AS EXEMPT

**Debtor claims the exemptions to which debtor is entitled under:**    ☐ Check if debtor claims a homestead exemption that exceeds $146,450

☒ 11 U.S.C. § 522(b)(2)

☐ 11 U.S.C. § 522(b)(3)

| DESCRIPTION OF PROPERTY | SPECIFY LAW PROVIDING EACH EXEMPTION | VALUE OF CLAIMED EXEMPTION | CURRENT VALUE OF PROPERTY WITHOUT DEDUCTING EXEMPTION |
|---|---|---|---|
| 2006 Jaguar | N.Y. Debt. & Cred. Law § 282(iii)(1) Motor Vehicles | 4,000.00 | 9,000.00 |
| wedding ring | CPLR § 5205(a)(6) Wedding Ring | 650.00 | 650.00 |
| Miscellaneous clothing | CPLR § 5205(a)(5) Wearing Apparel Household Furniture Refrigerator Radio TV Crockery Tableware and Cooking Utensils | 1,000.00 | 1,000.00 |
| Furniture | CPLR § 5205(a)(5) Wearing Apparel Household Furniture Refrigerator Radio TV Crockery Tableware and Cooking Utensils | 2,000.00 | 2,000.00 |
| Condo- 15 Broad Street #3500 NYC, NY 10005 | CPLR § 5206(a) Homestead | 150,000.00 | 3,000,000.00 |

Form B6 D  (12/07)      Blumberg Excelsior, Inc., Publisher, NYC 10013

In re: Reuven, Yaron                                    Debtor(s)   Case No. 15-12720-shl

# SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS

☐ Check this box if debtor has no creditors holding secured claims to report on this Schedule D

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE AND ACCOUNT NUMBER (See Instructions) | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTON AND MARKET VALUE OF PROPERTY SUBJECT OF LIEN | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION IF ANY | C U D * |
|---|---|---|---|---|---|---|
| A/C # | | | VALUE $ | | | |
| Board of Managers<br>c/o Wolf Haldenstein<br>270 Madison Ave<br>NYC, NY 10016 | | | condo common charges 15 Broad Street, #3500 NYC, NY | | | |
| A/C #  9274 | | | VALUE $ 3,000,000.00 | 249,000.00 | | |
| Chase<br>PO Box 78035<br>Phoenix, AZ 85062 | | | 2nd mortgage line of credit<br>15 Broad Street, NYC, NY | | | |
| A/C #  0581 | | | VALUE $ 3,000,000.00 | 397,000.00 | | |
| Citimortgage<br>PO Box 688923<br>Des moines, IA 50368 | | | 3rd Mortgage line of credit<br>15 Brroad Street, NYC, NY | | | |
| A/C #  0375 | | | VALUE $ 416,963.00 | 360,000.00 | | |
| Everhome Mortgage<br>PO Box 620138<br>Doraville, GA 30362 | | | 1st Mortgage<br>243 Steinway Ave, Staten Island, NY 10314 | | | |
| A/C #  4663 | | | VALUE $ 3,000,000.00 | 1,510,000.00 | | |
| Pennymac<br>PO Box 514387<br>Los Angeles, CA 90051 | | | 1st mortgage<br>15 Borad Street, #3500, NYC, NY | | | |
| A/C #  0001 | | | VALUE $ 416,963.00 | 75,000.00 | 18,307.00 | |
| Wells Fargo Bank<br>PO Box 6995<br>Portland, OR 97228 | | | 2nd mortgage lione of credit<br>243 Steinway Ave, Staten Island, NY 10314 | | | |
| A/C # | | | VALUE $ | | | |
| | | | Subtotal -><br>(Total of this page) | 2,591,000.00 | 18,307.00 | |
| | | | Total -> | 2,591,000.00 | 18,307.00 | |

Continuation Sheets attached. (use only on last page of the completed Schedule D.)

*If contingent, enter C; if unliquidated, enter U; if disputed, enter D.

(Report total also on Summary of Schedules)

(If applicable, Report also on Statistical Summary of Certain Liabilities and Related Data.)

Form B6 E  (04/10)    Blumberg Excelsior, Inc., Publisher, NYC 10013

In re: Reuven, Yaron                              Debtor(s)    Case No. 15-12720-s    (if known)

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

☐ Check this box if debtor has no creditors holding unsecured priority claims to report on this Schedule E.

**TYPE OF PRIORITY CLAIMS** (Check the appropriate box(es) below if claims in that category are listed on the attached sheets)

☐ **Extensions of credit in an involuntary case**
Claims arising in the ordinary course of the debtor's business or financial affairs after the commencement of the case but before the earlier of the appointment of a trustee or the order for relief. 11 U.S.C § 507(a)(2).

☐ **Wages, salaries, and commissions**
Wages, salaries, and commissions, including vacation, severance, and sick leave pay owing to employees, up to a maximum of $11,725 per employee, earned within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occured first, to the extent provided in 11 U.S.C. § 507(a)(4)

☐ **Contributions to employee benefit plans**
Money owed to employee benefit plans for services rendered within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occured first, to the extent provided in 11 U.S.C. § 507(a)(4).

☐ **Certain farmers and fishermen**
Claims of certain farmers and fishermen, up to a maximum of $5775 per farmer or fisherman, against the debtor, as provided in 11 U.S.C. §507(a)(6).

☐ **Deposits by individuals**
Claims of individuals up to a maximum of $2425 for deposits for the purchase, lease, or rental of property or services for personal, family, or household use, that were not delivered or provided. 11 U.S.C. § 507(a)(7)

☐ **Alimony, Maintenance, or Support**
Claims for domestic support that are owed to or recoverable by a spouse, former spouse, or child of the debtor, or the parent, legal guardian, or responsible relative od such child, or a governmental unit whom such a domestic support claim was assigned to the extent provided in U.S.C. § 507(a)(7).

☒ **Taxes and Certain Other Debts Owed to Governmental Units**
Taxes, customs duties, and penalties owing to federal, state, and local governmental units as set forth in 11 U.S.C. § 507(a)(7).

☐ **Commitments to Maintain the Capital of an Insured Depository Institution**
Claims based on commitments to the FDIC, RTC, Director of the Office of Thrift Supervision, Comptroller of the Currency, or Board of Governors of the Federal Reserve System, or their predecessors or successors, to maintain the capital of an insured depository institution. 11 U.S.C. § 507(a)(8)

☐ **Claims for Death or Personal Injury While Debtor Was Intoxicated**
Claims for deathe or personal injury resulting from the operation of a motor vehicle or vessel while the debtor was intocicated from using alcohol, a drug, or another substance 11 U.S.C. § 507(a)(10).

*Amounts are subject to adjustment on April 1, 2010, and every three years thereafter with respect to cases commenced on or after the date of adjustment.

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE AND ACCOUNT NO. (See Instructions) | CODEBTOR | HWJC | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | TOTAL AMOUNT OF CLAIM | AMOUNT ENTITLED TO PRIORITY | AMT NOT ENTITLED TO PRIORITY, IF ANY | CUD* |
|---|---|---|---|---|---|---|---|
| A/C#<br>Internal Revenue Service<br>IRS-ACS/CDP<br>PO Box 42346<br>Philadelphia, PA 19101 | | | | 1,555,899.00 | 1,555,899.00 | 0.00 | |
| A/C#<br>NYS Dept of Finance<br>NYS Assessment Receivables<br>PO Box 4127<br>Binghamton, NY | | | | Total 500,000.00 | 500,000.00<br>Total -> 0.00 | | |
| | | | | | | | |

_____ Continuation Sheets attached.

Subtotal -> (Total of this page)    2,055,899.00 | 2,055,899.00
                                                 | 0.00

(Use only on last page of the completed Schedule E.
(Report total also on Summary of Schedules.)    Total ->    2,055,899.00 | 2,055,899.00

(Use only on last page of the completed Schedule E.)    Total ->    0.00
If applicable, report also on the Statistical Summary of Certain Liabilities and Related Data.)



Form B6 F (12/07)    **Blumberg**Excelsior, Inc., Publisher, NYC 10013

**In re:** Reuven, Yaron    **Debtor(s)**    **Case No.** 15-12720-    (if known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

☐ Check this box if debtor has no creditors holding unsecured nonpriority claims to report on this Schedule F.

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE AND ACCOUNT NUMBER (See Instructions) | CODEBTOR | HWJC | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CUD | AMOUNT OF CLAIM |
|---|---|---|---|---|---|
| 0986<br>AEL Financial<br>c/o Askounis & Darcy<br>401 North Michigan Ave<br>Chicago, IL 60611 | | | judgment | | 35,000.00 |
| Bank of America<br>PO Box 15019<br>Wilmington, DE 19886 | | | consumer purchases<br>2012 and prior | | 10,000.00 |
| 6104<br>Citicards<br>PO Box 183113<br>Columbus, OH 43218 | | | consumer purchases<br>2012 and prior | | 8,400.00 |
| 0454<br>HSBC<br>PO Box 735<br>Buffalo, NY 14240 | | | business purchases | | 200,000.00 |
| 4668<br>HSBC<br>PO Box 735<br>Buffalo, NY 14240 | | | business purchases<br>2013 and prior | | 25,000.00 |
| Herrick Feinstein<br>2 Park Ave<br>NYC, NY 10016 | | | legal fees<br>2012 and prior | | 35,000.00 |

<u>X</u> continuation sheets attached.

Subtotal $ 313,400.00

Total $ 313,400.00

(Use only on last page of the completed Schedule F.)
(Report total also on Summary of Schedules and,
if applicable, on the Statistical Summary of Certain
Liabilities and Related Data.)

**Form B6 F (12/07)**    Blumberg Excelsior, Inc., Publisher, NYC 10013

In re: Reuven, Yaron    Debtor(s)    Case No. 15-12720-    (if known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

☐ Check this box if debtor has no creditors holding unsecured nonpriority claims to report on this Schedule F.

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE AND ACCOUNT NUMBER (See Instructions) | CODEBTOR | HWJC | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CUD | AMOUNT OF CLAIM |
|---|---|---|---|---|---|
| 4223<br>Kovack Securities<br>c/o Brian Kovack<br>6451 N. Federal Hway<br>Fort Lauderdale, Fl 33308 | | | FINRA arbitration | | 97,000.00 |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |

___ continuation sheets attached.

Subtotal $ 97,000.00

Total $ 410,400.00

(Use only on last page of the completed Schedule F.)
(Report total also on Summary of Schedules and,
if applicable, on the Statistical Summary of Certain
Liabilities and Related Data.)

 **Form B6 G (12/07)**    **Blumberg**Excelsior, Inc., Publisher, NYC 10013

In re: Reuven, Yaron                                                Debtor(s)   Case No. 15-12720-shl   (if known)

## SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES

x  Check this box if debtor has no executory contracts or unexpired leases.

| NAME AND MAILING ADDRESS, INCLUDING ZIP CODE, OF OTHER PARTIES TO LEASE OR CONTRACT. | DESCRIPTION OF CONTRACT OR LEASE AND NATURE OF DEBTOR'S INTEREST, STATE WHETHER LEASE IS FOR NONRESIDENTIAL REAL PROPERTY, STATE CONTRACT NUMBER OF ANY GOVERNMENT CONTRACT. |
|---|---|
|  |  |

**Form B6 H (12/07)**    Blumberg Excelsior, Inc., Publisher, NYC 10013

In re: Reuven, Yaron                                                                                       Debtor(s)    Case No. 15-12720-          (if known)

# SCHEDULE H - CODEBTORS

☒ Check this box if debtor has no codebtors

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
|  |  |

**Form B6 H (12/07)**